IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL WILD,<br>　　　　　　PLAINTIFF<br><br>VS.<br><br>JUNGLE MEDIA GROUP AND<br>JON J. HOUSMAN,<br>　　　　　　DEFENDANT | NO. 02-CV-5123 WY |

**CERTIFICATE OF SERVICE**

　　　　This is to certify that a copy of the PLAINTIFF'S ANSWER TO MOTION TO DISMISS AND BRIEF IN SUPPORT THEREOF was mailed by first class United States mail, postage prepaid, on this _____ day of August, 2002, upon the following:

　　　　　　　　Barbara J. Lipschutz
　　　　　JACOBS, DEBRAUWERE & DEHN, LLP
　　　　　　　　445 PARK AVENUE
　　　　　　　　NEW YORK, NY  10022


　　　　　　GROSS, MCGINLEY, LABARRE & EATON, LLP


　　　BY: _____
　　　　　　ALLEN I. TULLAR, ESQUIRE
　　　　　　ATTORNEY FOR PLAINTIFF
　　　　　　33 SOUTH 7TH STREET
　　　　　　P.O. BOX 4060
　　　　　　ALLENTOWN, PA 18105-4060
　　　　　　(610) 820-5450
　　　　　　I.D. #76092