IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUSSELL WILD                    :    CIVIL ACTION

    V.                          :    NO. 02-5123

JUNGLE MEDIA GROUP, ET AL.      :

O R D E R

**AND NOW**, this 11th day of December, 2002, after a telephone conference with counsel, **IT IS HEREBY ORDERED** that oral argument on the defendants' motion to dismiss is **SCHEDULED** for **December 13, 2002 at 11:00 a.m. in Courtroom 14-B, U.S. Courthouse, 601 Market Street, Philadelphia, PA  19106**.

_____
William H. Yohn, Jr., Judge