IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL WILD | : | CIVIL ACTION |
| V. | : | NO. 02-5123 |
| JUNGLE MEDIA GROUP, ET AL. | : | |

O R D E R

**AND NOW**, this 19th day of December, 2002, after oral argument before the undersigned, **IT IS HEREBY ORDERED** that defendants' motion to dismiss the complaint or to transfer venue is **GRANTED** and plaintiff's complaint is **DISMISSED** without prejudice to the right of the plaintiff to file an amended complaint within twenty days of the date hereof.

**IT IS FURTHER ORDERED** that plaintiff's counsel shall contact Magistrate Judge Charles B. Smith within ten days of the date hereof to schedule a settlement conference to attempt to resolve this dispute amicably.

_____
William H. Yohn, Jr., Judge