IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL WILD | : | CIVIL ACTION |
| V. | : | NO. 02-5123 |
| JUNGLE MEDIA GROUP, ET AL. | : | |

O R D E R

**AND NOW**, this 22nd day of January, 2003, the plaintiff not having filed an amended complaint within twenty days in accordance with the order of December 19, 2002, **IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

_____
William H. Yohn, Jr., Judge