IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL WILD, | : |
| Plaintiff, | : Civ. A. No. 02-CV-5123-WY |
| - against - | : |
| JUNGLE MEDIA GROUP and JON J. HOUSMAN, | : |
| Defendants. | : |

**DECLARATION OF SERVICE OF JOHN F. BURLEIGH**

John F. Burleigh, pursuant to 28 U.S.C. § 1746, declares and says as follows:

On January 31, 2003, I served a copy of the within Declaration of John Burleigh Concerning Plaintiff's Motion To Vacate the January 22, 2003 Order upon the attorneys for plaintiff, by facsimile transmission, by sending it to Paul A. McGinley, Esq., Gross, McGinley, LaBarre & Eaton, LLP, 33 South Seventh Street, P.O. Box 4060, Allentown, PA 18105-4060, at (610) 820-6006, receiving a confirmation that such transmission was received at such number.

I swear under the penalties of perjury of the laws of United States that the foregoing is true and correct.

Dated: New York, New York
       January 31, 2003

_____
John F. Burleigh