IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUSSELL WILD                :    CIVIL ACTION

V.                          :    NO. 02-5123

JUNGLE MEDIA GROUP, ET AL.  :

O R D E R

**AND NOW**, this 5th day of February, 2003, upon consideration of plaintiff's motion to vacate order of January 22, 2003 and for nunc pro tunc relief, and the defendants' response thereto, **IT IS HEREBY ORDERED** that:

1. By agreement of counsel plaintiff's motion to vacate is **GRANTED** and the court's order of January 22, 2003 is **VACATED**.

2. Plaintiff may file an amended complaint within ten days of the date hereof.

3. Defendants shall file a response to the amended complaint within twenty days after the last session of the settlement conference currently scheduled before Magistrate Judge Charles B. Smith for February 24, 2003.

_____
William H. Yohn, Jr., Judge