IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL WILD | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 02-5123 |
| | : | |
| JUNGLE MEDIA GROUP, ET AL. | : | |

O R D E R

**AND NOW**, this 25th day of July, 2003, Plaintiff's Counsel having reported to the Court that the settlement negotiations have not been successful, **IT IS HEREBY ORDERED** that Defendant shall file a responsive pleading to the Amended Complaint within 20 days of the date hereof.

_____
William H. Yohn, Jr., Judge