IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL WILD,<br>             Plaintiff,<br><br>        vs.<br><br>JUNGLE MEDIA GROUP and<br>JON J. HOUSMAN,<br>             Defendants, | NO. 02-CV-5123 WY |

**PLAINTIFF'S ANSWER TO DEFENDANT'S,
JUNGLE INTERACTIVE MEDIA, INC.,COUNTERCLAIM**

Plaintiff, Russell Wild, by and through his undersigned attorneys, hereby files this Answer to Defendant's Counterclaim, and in so doing, incorporates by reference his Amended Complaint, as though fully set forth herein at length.  Furthermore,

64. Paragraph 64 is an incorporation paragraph for which no response is required.

65. Plaintiff denies the allegations in paragraph 65 of the Counterclaim.

66. Plaintiff denies the allegations in paragraph 66 of the Counterclaim.

67. Plaintiff denies the allegations in paragraph 67 of the Counterclaim.

68. Plaintiff denies the allegations in paragraph 68 of the Counterclaim.

69. Plaintiff denies the allegations in paragraph 69 of the Counterclaim.

WHEREFORE, Plaintiff respectfully requests that all claims against him be dismissed with prejudice.

                    Respectfully submitted,

                    GROSS, McGINLEY, LaBARRE & EATON, LLP

                    BY: _____
                           PAUL A. MCGINLEY, ESQUIRE
                           *Attorney for Plaintiff, Russell Wild*
                           33 South Seventh Street, Post Office Box 4060
                           Allentown, Pennsylvania 18105-4060
                           Telephone: (610) 820-5450
                           Attorney I.D. # 19510

Date: April 30, 2004