IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL WILD,<br>            Plaintiff,<br><br>vs.<br><br>JUNGLE MEDIA GROUP and<br>JON J. HOUSMAN,<br>            Defendants, | NO. 02-CV-5123 WY |

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing PLAINTIFF'S ANSWER TO DEFENDANT'S, JUNGLE INTERACTIVE MEDIA, INC., COUNTERCLAIM was filed electronically on this 30th day of April, 2004, and notification of filing was completed via email transmission upon the following:

JOHN F. BURLEIGH, ESQUIRE
JACOBS DEBRAUWERE LLP
445 PARK AVENUE
17TH FLOOR
NEW YORK, NEW YORK 10022

Respectfully submitted,

GROSS, McGINLEY, LaBARRE & EATON, LLP

BY: _____
PAUL A. MCGINLEY, ESQUIRE
*Attorney for Plaintiff, Russell Wild*
33 South Seventh Street, Post Office Box 4060
Allentown, Pennsylvania 18105-4060
Telephone: (610) 820-5450
Attorney I.D. # 19510

Date: April 30, 2004