IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUSSELL WILD                          :          CIVIL ACTION

V.                          :          NO. 02-5123

JUNGLE MEDIA GROUP, ET AL.                          :

O R D E R

AND NOW, this 3rd day of May, 2004, **IT IS HEREBY ORDERED** that the trial

originally scheduled to commence on January 10, 2005 is **CONTINUED** until **January 24, 2005**

**at 10:00 a.m. in Courtroom 14-B**.

_____
William H. Yohn, Jr., Judge