IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUSSELL WILD,

    Plaintiff,

- against -

JUNGLE MEDIA GROUP and JON J. HOUSMAN,

    Defendants.

Civ. A. No. 02-CV-5123-WY

### STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

Plaintiff Russell Wild and the remaining defendant Jungle Interactive Media, Inc., sued as Jungle Media Group, having entered into a Settlement Agreement and Mutual General Release, IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendant, by their respective undersigned counsel, that the above-referenced action (with respect to both plaintiff's action against said defendant and said defendant's counterclaim against plaintiff) be dismissed with prejudice as to all parties, with each party to bear its own costs and attorney's fees.

Dated: New York, New York
       November 30, 2004

GROSS, MCGINLEY, LABARRE & EATON, LLP
Attorneys for Plaintiff
33 South Seventh Street
P.O. Box 4060
Allentown, PA 18105-4060
(610) 820-5450

By: _____
    Paul A. McGinley

JACOBS DEBRAUWERE LLP
Attorneys for Defendant
445 Park Avenue, 17th Floor
    New York, New York 10022
(212) 207-8787

By: _____
    John F. Burleigh

2

IT IS SO ORDERED.

Dated: New York, New York
      December    , 2004

_____
The Hon. William H. Yohn, Jr.
United States District Judge
Eastern District of Pennsylvania